

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARCOS MARRUFO, ADRIANA | | No. 08-14-00164-CV |
| MARUFFO, DONNA J. KELLY, AND | § | |
| ROBERT E. HEDICKE, | | Appeal from the |
| | § | |
| Appellants, | | County Court at Law No. 5 |
| | § | |
| V. | | of El Paso County, Texas |
| | § | |
| BANK OF AMERICA, N.A. AND | § | (TC# 2011DCV05390) |
| JOHN TRIEN, | | |
| | § | |
| Appellees. | | |
| | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court to determine whether it should be dismissed for want of prosecution. Finding that the Appellants' brief has not been filed, we dismiss the appeal for want of prosecution.

On August 6, 2014, the Clerk notified Appellants that their brief was past due and no motion for extension of time had been filed. The letter advised the parties that the Court intended to dismiss the appeal for want of prosecution unless Appellants responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Neither the brief nor a motion for extension of time in which to file the brief has been filed. Pursuant to Rules 38.8(a)(1) of the Texas Rules of Appellate Procedure, we dismiss the appeal for want of

prosecution.


September 3, 2014

                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)